UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew Sanchez
Tianna Sanchez

Write the full name of each plaintiff.

17CV 6597

(Include case number if one has been assigned)

-against-

Dutchess County Dept of Community + Family Services, Dutchess County Dept. probations, Webutuck School District.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1st / 4th / 5th / 14th Admend.
9th Admend

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Matthew / A / Sanchez
First Name / Middle Initial / Last Name

Tianna Sanchez
P O Box 528 [illegible]
Street Address

Colenham / NY / 12527
County, City / State / Zip Code

_____ / _____
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Dutchess County Dept. of Community + Family Services
First Name        Last Name

Current Job Title (or other identifying information)
60 Market Street
Current Work Address (or other address where defendant may be served)
Poughkeepsie        NY        12601
County, City        State        Zip Code

Defendant 2: Dutchess County Dept of Community + Family Services
First Name        Last Name

Current Job Title (or other identifying information)
60 Market Street
Current Work Address (or other address where defendant may be served)
Poughkeepsie        NY        12601
County, City        State        Zip Code

Defendant 3: Webutuck School District
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Amenia        NY
County, City        State        Zip Code

Defendant 4: _____

               First Name              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _May 24, 2017_____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_See Attach A_

8/28/2017

Matthew and Tianna Sanchez
Po Box 528
Glenham, New York 12527

Chief Judge Colleen McMahon
United States Courthouse
500 Pearl St.
New York. NY 10007-1312

We are writing in good faith that you would allow our case to be transferred to your court from Family Court of New York Dutchess County and fairly heard by you. We have not been allowed to plead our side of the case, nor have none of our proof been looked at or heard by the court. We feel that our civil rights have been violated.

We have tried to seek help from the proper authority figures prior to this case with CPS. We have had problems with our son that has progressed actively. We have had complaints from school officials, along with problems at home. We have went to seek help from Dutchess County Department of Probations as well as recommendations from others at the Dutchess County Department of Community and Family Services and all have failed us. We have made complaints to Millerton Police Department on two different occasion before this accusations was placed with CPS, one on May 14, 2017 the day before CPS was called, and a second report on May 22, 2017 where officer Doti from the Millerton police responded. He took notes that both our 14 yr. old daughter and 12 yr. old son where plotting to get their step father Matthew Sanchez in trouble. D.H. the 12 yr. old told officer Doti he has hit himself just so he could blame it on Matthew because he wanted to break up our marriage. The officer asked is it right, D.H. responded no but that he wanted to do it anyway. Now after 3 month later after the case has been ongoing apparently The same officer is the officer in charge of a criminal case in which he has had conversations with the district attorney recently as per officer Doti. Matthew and myself were the ones to call Millerton police on both occasions and we feel that what the children told him was not accurately recorded. Now instead of help it is being used against us. All such help that was sought by Matthew and myself has not provided any assistance to rectify this matter. Officer Doti has also withheld all reports from us.

Mr. and Mrs. Sanchez

• • •

Since then our children are still currently in foster care and now we are facing a criminal charge because of such accusations which was never brought to the open from the beginning of the CPS case. Which we don't understand as well. We feel that certain things are being used against us that are irrelevant to this case, as well as things that should be evidence on our behalf is being used against us as well. We also feel that we are being discriminated. We have sought counsel for our CPS case in family court, the lawyers on both Matthew and my behalf told us that we were only allowed to speak once in the whole case, that if we spoke we wouldn't be allowed a chance again, we believed that our attorneys would counsel us properly but now we feel we were misinformed, tricked, and misrepresented.

We pray and would appreciate it, if we would be able to have an equal opportunity to be heard and submit all evidence on our behalf. We are parents that have actually tried to get assistance from others, and we are devastated that we were failed by a legal system up here that we thought was going to help us but ended up turning us away.

P.S. Thank you very much for viewing our letter we know you time is valuable.

Sincerely,

Matthew and Tianna Sanchez

*/Sanchez/*

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Stress, emotional heartach, Problem maintaining focused due to case.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

gas, time, case dismissed

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/25/17 | M. Jean / Sanchez |
| Dated | Plaintiff's Signature |
| Matthew / Tianna | Sanchez |
| First Name / Middle Initial | Last Name |
| P.O. Box 525 | |
| Street Address | |
| Dutchess County, Glenham, N.Y. 12527 | |
| County, City / State / Zip Code | |
| (845) 597-9320 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.