5050-0087/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MATTHEW SANCHEZ and TIANNA SANCHEZ,   **NOTICE OF MOTION**

                        Plaintiffs,

                                                                                      7:17-cv-06597-CS

   -against-

COUNTY OF DUTCHESS, BENJAMIN DOTY, as police
officer with County of Dutchess and in his individual capacity;
GLEN BROWN, as probation officer with County of Dutchess
Office of Probations & Community Corrections and in his
individual capacity, CANDACE LYNCH, as CPS investigator
with County of Dutchess Department of Community and
Family Services - Child Protective Services and in her
individual capacity, HON. JOSEPH EGITTO and HON.
CASEY McCABE,
                                     Defendants.
------------------------------------------------------------------------x

S I R (S):

     PLEASE TAKE NOTICE, that upon the annexed affidavit of David L. Posner, the attached exhibits, Rule 12.1 Statement to Pro Se Litigant, and memorandum of law defendants will move for an order dismissing plaintiff's second amended complaint, said motion to be heard before this Court at the courthouse located at 300 Quarropas Street, White Plains, New York.

     PLEASE TAKE FURTHER NOTICE that plaintiff's opposition papers are due on or before August 25, 2018 and defendants' reply papers are due on or before September 11, 2018.

DATED:       Poughkeepsie, New York
                 June 6, 2018

                                            Yours, etc.

                                            McCABE & MACK LLP

                                            By: _____
                                                 DAVID L. POSNER (0310)
                                            *Attorneys for Defendants*
                                            63 Washington Street
                                            P.O. Box 509
                                            Poughkeepsie, NY  12602-0509
                                            Tel:  (845) 486-6800

5050-0087/dmf

TO:   MATTHEW AND TIANNA SANCHEZ, *Pro Se*
      PO Box 528
      Glenham, NY 12527