5050-87/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

MATTHEW SANCHEZ and TIANNA SANCHEZ,   **AFFIDAVIT**

                        Plaintiffs,

                                                            7:17-cv-06597-CS

-against-

COUNTY OF DUTCHESS, BENJAMIN DOTY, as police
officer with County of Dutchess and in his individual capacity;
GLEN BROWN, as probation officer with County of Dutchess
Office of Probations & Community Corrections and in his
individual capacity, CANDACE LYNCH, as CPS investigator
with County of Dutchess Department of Community and
Family Services - Child Protective Services and in her
individual capacity, HON. JOSEPH EGITTO and HON.
CASEY McCABE,

                        Defendants.
---------------------------------------------------------------x

STATE OF NEW YORK   )
                         ) SS:
COUNTY OF DUTCHESS  )

      DAVID L. POSNER, being duly sworn, deposes and says:

      1.     I am a member of the firm of McCabe & Mack LLP, attorneys for defendants. I submit this affidavit in support of their motion to dismiss plaintiffs' second amended complaint.

      2.     Annexed to this affidavit is are true and accurate copies of the following documents:

          **Exhibit A**     Plaintiffs Second Amended Complaint

          **Exhibit B**     Accusatory Instruments

          **Exhibit C**     Family Court Neglect Petition

5050-87/dmf

**Exhibit D**    Family Court Neglect Petition

_____
DAVID L. POSNER (0310)

Sworn to before me this
5th day of June, 2018.

_____
Notary Public

DONNA M. FELLER
Notary Public, State of New York
Qualified in Dutchess County
Registration No. 4954999
Commission Expires Aug. 28, 2021