# Exhibit C

F.C.A. §§ 1012, 1031

Form 10-6
(Child Protective-
Petition -- Neglect)
(8/2010)

FAMILY COURT OF NEW YORK
COUNTY OF DUTCHESS
HON. JOSEPH A. EGITTO

..............................................................
In the Matter of DCFS o/b/o
S'      H(
D.'        H(            ,
T.    'H(         (

Docket No.
NN-02551-17, NN-02252-17
NN-02553-17, NN-02556-17
NN-02557-17, NN-02558-17
#55733

Children under Eighteen Years
of Age Alleged to be Neglected by

AMENDED PETITION
(Child Neglect)

TIANNA SANCHEZ and MATTHEW SANCHEZ,
                    Respondents.
..............................................................

**NOTICE:**   **IF YOUR CHILD STAYS IN FOSTER CARE FOR 15 OF THE
MOST RECENT 22 MONTHS, THE AGENCY MAY BE REQUIRED BY LAW TO
FILE A PETITION TO TERMINATE YOUR PARENTAL RIGHTS AND MAY
FILE BEFORE THE END OF THE 15-MONTH PERIOD. IF THE PETITION IS
GRANTED, YOU MAY LOSE YOUR RIGHTS TO YOUR CHILD AND YOUR
CHILD MAY BE ADOPTED WITHOUT YOUR CONSENT.**

TO THE FAMILY COURT:

The undersigned Petitioner respectfully alleges that:

1.      Petitioner, Dutchess County Department of Community and Family
Services, is a duly authorized agency having its office and place of business at 60 Market
Street, Poughkeepsie, New York 12601.

2.      The children who are the subject of this proceeding are:

| Name | Sex | Date of Birth | Custodial Parent/Guardian | Child's Address |
|------|-----|---------------|---------------------------|-----------------|
| S}   | (F) | 2002          | DCDCFS                    |                 |
| D.   | (M) | '2005         |                           |                 |
| T--  | (M) | 2010          |                           |                 |

3.a.    Upon information and belief, the father and mother of the children and their
respective residence addresses are:

DCFS o/b/o Hounshell  1

| Name of Children | Name of Parent | Parent's Address |
|---|---|---|
| SJ    H | Tianna Sanchez | |
| D   H | | Millerton, NY |
| T   H | | |
| | Davion Hounshell | unknown at this time |

     b.    Upon information and belief, the persons legally responsible for the care of said children ae T    S   ; and M    S   .

     4.    Upon information and belief, the children are neglected on the following grounds and based upon the following facts: Respondents' failure to exercise a minimum degree of care in providing the children with proper supervision or guardianship by unreasonably inflicting or allowing to be inflicted harm or a substantial risk of harm including the infliction of excessive corporal punishment and by other acts of a similarly serious nature requiring the aid of the court and domestic violence between the parents in the presence of the children.

     5.    Upon information and belief, Respondents Tianna Sanchez and Matthew Sanchez, the mother and step-father of the children, are the persons who are responsible for the neglect of the children.

     6.    Upon information and belief, on May 24, 2017, the following children were temporarily removed from the care of the following Respondents, Tianna Sanchez and Matthew Sanchez, on the basis of the following facts and for the following reasons: in accordance with a court order pursuant to Family Court Act §1022, issued on May 24, 2017.

     7. a.    Upon information and belief, continuation in, or return to, the children's home would be contrary to the best interests of the children because: Respondents' failure to exercise a minimum degree of care in providing the children with proper supervision or guardianship by unreasonably inflicting or allowing to be inflicted harm or a substantial risk of harm including the infliction of excessive corporal punishment and by other acts of a similarly serious nature requiring the aid of the court and domestic violence between the parents in the presence of the children.

This assertion is based upon the following information: Case Record and court order issued May 24, 2017.

     b.    Upon information and belief, reasonable efforts, where appropriate, to prevent or eliminate the need for removal of the children from the home were made as follows: casework counseling, advising against physical discipline.

This assertion is based upon the following information: Case Record and court proceeding on May 24, 2017.

     c.    Upon information and belief, based upon Petitioner's investigation there is

DCFS o/b/o Hounshell  2

no non-respondent parent, relative or suitable person with whom the children may appropriately reside.

       d.     Upon information and belief, imminent risk to the children would not be eliminated by the issuance of a temporary order of protection or order of protection directing the removal of anyone from the children's residence, based upon the following facts and for the following reasons: see attached affidavit of Candace Lynch, Case Manager II.

       8.     The subject children are not Native-American children, who are subject to the Indian Child Welfare Act of 1978 (25 U.S.C. §§ 1901-1963).

       9.     [Required if removal or continued removal of children is requested]:[1]
Petitioner is required to obtain education information and to provide that information to foster care providers and other parties to this proceeding. Unless otherwise obtained by release, Petitioner thus seeks a court order to obtain the education records (including special education and early intervention records) of each child named in this Petition who is not placed with a parent(s)/legal guardian(s), and a court order to provide such records to service providers where such records are necessary to enable the service provider to establish and implement a plan of service.

      WHEREFORE, Petitioner requests that an order be issued determining the children to be neglected and otherwise dealing with the children in accordance with the provisions of Article 10 of the Family Court Act.

Dated: June  26  , 2017

                                                  SABRINA JAAR MARZOUKA, JD, MPH
COMMISSIONER

James Fedorchak, County Attorney
BY: LAURA GAIL SKOJEC
Sr. Assistant County Attorney
Dutchess County Department of
Of Community and Family Services
60 Market Street, Poughkeepsie, NY 12601
(845) 486-3051

---

[1] This notice is required by the federal *Family Educational Rights and Privacy Act* [20 U.S.C. §1232(g)(b)(2)(B)].

DCFS o/b/o Hounshell  3

VERIFICATION

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF DUTCHESS      )

SABRINA JAAR MARZOUKA, JD, MPH, being duly sworn, deposes and says:
That she is the Commissioner of the Dutchess County Department of Community
and Family Services and is acquainted with the facts and circumstances of the above-
entitled proceeding; that she has read the foregoing petition and knows the contents
thereof; that the same is true to her own knowledge except as to those matters therein stated
to be alleged upon information and belief, and that as to those matters she believes it to be
true.

Petitioner
SABRINA JAAR MARZOUKA, JD, MPH
COMMISSIONER

Sworn to before me this
26th day of June, 2017

Notary Public

Sharon L. Avila
Notary Public State of New York
No. 01AV6038296
Qualified in Ulster County
Commission Expires March 6, 2018

DCFS o/b/o Hounshell 4