Hon. Judge Cathy Seibel

Case # 17-cv-06597

RECEIVED
SDNY DOCKET UNIT
2019 SEP 27 PM 4: 49

### *AB INITIO NUNC PRO TUNC BRIBOUR*

By, under, through and pursuant to the absolute authority of Necessity and Emergency By, under, through, reserving and exercising, plenary immunity and indemnity, without recourse, without prejudice.

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent

**MAY NOT, AND SHALL NOT, BE CONSTRUED AND/OR ALTERED**
**NON-TRANSFERABLE**

Pursuant to, but not limited to, **Freewill Choice circa zero point, Customs circa longer than memory, Declaration of Independence c 1776, Constitution for the United States of America c1819, Laws of War: Laws and Customs of War on Land (Hague IV), annex to said convention, International Covenant on Civil and Political Rights and TWEA c1917 as amended c1933**

**Constructions are to be made liberally, on account of the simplicity of the laity, in order that the thing may rather have effect than perish. Co. Litt. 36a; Broom, Max. 540.**

Whereas, Justice delayed is Justice denied and Let Justice be done though the Heavens fall are in fact and truth Principles upon which all rests and emanates from; it is clear that Justice has been delayed.

In response to your recent reply of Mr. and Mrs. Sanchez's 'A FORTIORI "was not a procedure of lawful proceedings even from denying and failing to uphold your duties to intervening was a violation on your behalf not following USC Title 42 Sec. 1986 and violating Constitutional Rights of Mr. and Mrs. Sanchez. Mr. and Mrs. Sanchez have already requested twice a conference, and twice you denied us with failure to give us proper procedure and due process of law which the adversaries attorney requested once, and you allowed in with no problem. Judge Cathy Siebel, it seems you are only making an illusion of a process on Mr. and Mrs. Sanchez behalf which is allowing legislative judicial tribunals that is operating illegally and unlawfully un/non Constitutional to continue to have power in violation of the Constitution and you are allowing irreparable harm and damage in bad faith to happen to Mr. and Mrs. Sanchez. It's just getting worse with ex parte processes orders, orders of protection based on false allegations, assumption and presumptions with no due process as always we have proof, and you also knew this was going to happen cause you know the standings of the legislative court under Article 1 of the constitution and you refused to allow a third amend for Mr. and Mrs. Sanchez prematurely, we gave Joseph A. Egitto and all of Dutchess County Family Court and all their public agents and official to clean their dirty hands and none do so, which in fact when any public agent or official whether in judicial office or anywhere in public office is in violation or in question should remove themselves nothing happen. As well when ANYONE who have knowledge of wrong doing failing to stop such damage and harm committed and NEGLECTS or REFUSES to do so in such wrongful acts committed shall be liable to the party injured; both Chief Judge Colleen McMahon and you Judge Cathy Seibel, used fictitious law and an excuse of case law the younger abstention as an excuse not to intervene when Mr. and Mrs. Sanchez is not a party to those cases and case law is NOT in the Constitution.

Now addressing the court in regard to status. Next, we shall properly address our proper and Lawful status, standing, capacity, character and condition, which includes and is granted to our Biological Property and Blood-line Heirs. As Mr. and Mrs. Sanchez is correcting the record and addressing the court in proper term and law form, we Mr. and Mrs. Sanchez are Sui Juris in this Constitutional violation civil claim before you as well Sui Juris in Dutchess County Family Court and in any other court of the United State of America on the public record in this matter and

1

are demanding that it be placed on the record, both courts (Southern District Court of United States and Dutchess County Family Court) are in violation upon Mr. and Mrs. Sanchez Constitutional rights just by forcing a fee to apply or a pro se/ in forma pauperis application with no means upon allowing We the People to file as Sui Juris as the Supremacy Clause states. Adjudicator Joseph A. Egitto forcing Mr. and Mrs. Sanchez to be pro se litigants after telling him we are Sui Juris; Keep in mind without consent or jurisdiction ever being established by adjudicator Joseph A. Egitto, Mr. and Mrs. Sanchez continue to state we do Not give consent they still proceed unlawfully. Mr. and Mrs. Sanchez has/have made this very clear stating this on the record also making it clear that the kidnapping of our Biological Property and Blood-line Heirs anyone will show up; and in our Writs which Joseph A. Egitto has been trying to conceal our legal Writs documents. When after firing attorneys we clearly stated Mr. And Mrs. Sanchez are "Sui Juris," We are in no way re-presenting ourselves. That is an impossibility. We are ourselves. There is no Constitutional counsel, stand by or otherwise, that can be afforded by this alleged COURT as all counsel that can participate in these fictitious and un/non Constitutional proceedings are all officers of the same un/non Constitutional structure and are unable/not permitted to actually and factually provide any Lawful assistance whatsoever and the courts Constitutionally are to be free to the public not at an extortion charge as you all are doing even in violation of your own Rule on filing and to be heard Federal Rules of Facts, which an exception of such is stated just like this matter, let alone United States Supreme Court ruled sovereign people are to use the courts without payment and free to the public at no charge.

We even question the title of "Civil Rights complaint" due to fact there are many violations to the living Men /Women of this country through the person doctrine which all of New York seem to be doing this Constitutional violation. There is some confusion as we believe someone or some groups are attempting to simulate Lawful and Constitutional processes, procedures and lawful government with the foundation of those being the ancient customs of man on Earth, absent false and fraudulent constructs however formed and formatted by; under and through most recently the ROMAN CURIA, and previous to that the BABYLONIAN SLAVE DRIVER TECHNIQUES in conjunction with BABYLONIAN BLACK MAGIC MONIES. It appears to the naked eye and the unsuspecting man that there is a claim that men were/are under Lawful and Constitutional contracts, and that somehow the alleged contracts were/are breached, and that somehow these alleged contracts could equate to a criminal liability. We on behalf of all men object and demand, without recourse, without prejudice, by, under and through Plenary Immunity and Indemnification, actual and factual proof be made to appear on the Creation-wide Public Record as to such validity of an erroneous and fraudulent presumption/assumption.

We being of plenary capacity, character, condition, standing, status and responsibility, sui juris, under full liability and complete transparency, do by these Presents, Aver, Affirm, Declare, Notice, Proclaim and Publish the following, to wit:

We assert, declare and aver that we are the Real-Parties-in-Interest, Holders-in-Due-Course, Secured Parties, Grantors, Bailors, Administrators, Original Creditors, Custodians and Beneficiaries to, and for, any and all alleged political and other powers administered by legitimate, lawful and other governments constructed and effectuated by real-men including, but not limited to, services and goods providers in the nature of government, trusts, systems, networks, regimes, hierarchies and any and all other limits and constructs of any nature, kind and construction; We hereby knowingly, willingly, intelligently, intentionally and absolutely cancel, extinguish and correct all presumptions and assumptions to the contrary.

The Defendants have agreed to, accepted and acknowledged the alleged Original Contracts as passed and enacted by the People, by, under and pursuant to the intent of the People, by, under and pursuant to the Oaths and/or Affirmations taken and subscribed by the defendants and/or the taking of any form and format of compensation and consideration.

If these purported governments, State of New York aka/dba STATE OF NEW YORK and United States of America aka/dba UNITED STATES OF AMERICA, exist and operate Lawfully and Constitutionally and not as mere fictions of law, by, under and pursuant to the Constitution for the United States of America c1819, then the same must absolutely comply to the explicit and limited written directives and authorities contained therein; Any action or inaction outside the explicitly written limits of the Declaration of Independence c1776 and Constitution for the

2

United States of America c1819 would be ultra vires; thereby voiding and forfeiting, by an operation of law, the very same Contracts aka Constitutions, and the ability to maintain, enforce and/or claim any and/or all interactions, standings, status, characters, conditions, capacities, authorities, jurisdictions, venues, law forms and/or existence in Law, at Law and otherwise.

We are giving notice to this court and any other public office in conjunction of this court that …. Mr. and Mrs. Sanchez are not pro se, Mr. and Mrs. Sanchez are not in forma pauperis that ……Mr. and Mrs. Sanchez are in fact "Sui Juris" heir of Thee Creator in this and all actions which we have stated in our three-month update with all evidence documented. Everyone we contacted for help in proper form are all deemed/ordered to uphold their duties as sworn under Oath of your office under preliminary Constitution. U.S. Code 42 section 1986 states it very clear which Judge Colleen McMahon, Judge Cathy Seibel violated. You allowed the hurt and suffering to continue! Mr. and Mrs. Sanchez will be waiting for your reply on our next step. Let's not waste any more time for what Mr. and Mrs. Sanchez endured in these criminal acts you are allowing in violation of United States Code that you all should be abiding by are unlawful un/non Constitutional acts which are treasonous acts to aid abet the legislatives courts. We all know legislatives courts are a violation on its face! Mr. and Mrs. Sanchez above all never consented nor gave jurisdiction to this court it was unlawfully forced, coerce done, silently taken which lead to the kidnapping of our Biological Property and Blood-line Heir…

IN INVITUM/ INVITO DOMINO…. IS….

IN FRAUDEM LEGIS. In fraud of the law. Everything done in fraudem legis is void in law. 2 Ves. sen. 155, 156 Bouv. Inst. n. 585, 3834.

### Judicial and other Notice and Cognizance Required
### In Application to your Fictional Realm only

It is an undisputed fact that a trial by a Common Law jury of twelve veniremen of my peers must decide all issues of Law and Facts, including my Right to argue the Constitutional bar to state unlawfulness in my theory of the case, as provided for under Article III, Section 2, Paragraphs 2; 3, and the Sixth Amendment to the Constitution for the United States. The court will take notice of Frank v. U.S. 395 U.S.147 (1969) et al, in which the Supreme Court of the United States has ruled that, "…all sentence must be suspended, dismissed and expunged when jury trial is denied the Accused." The Accused is aware that any attempt to enforce a fine by threat of illegal incarceration, constitutes extortion by the court and/or its officers.

It is an undisputed fact that court-appointed counsel is both incompetent and beholden to the Accused's adversary. see Burgett v. Texas 389 U.S. 109

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action." Melo v. US, 505 F2d 1026

Marbury v. Madison, 5 US 137- "The constitution of these United States is the supreme law of the land. And any law that is repugnant to the Constitution is null and void."

Brady v. U.S. 116 U.S. 616- "Wavers of constitutional rights not only must they voluntary they must be knowingly intelligent acts done with sufficient awareness."

Us v. Minker, 350 US 179- "Because of what appears to be a lawful command on the surface, many men/women because of their respect for what only appears to be law, are cunningly coerced into waving their rights, due to ignorance of not knowing."

3

Miranda V. Arizona 384 US 436, 125- "Where Rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them. "

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)-"No state Legislator or Executive or Judicial officer can war against the constitution without violating his undertaking to support it."

Federal and State Courts are/is bound by US Supreme Court rulings. Howlett V. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court cases apply to State court cases. (Cooper v. Aaron, 358 U.S. 1) (1958) –States are bound by United States Supreme Court Case decisions not Man/Woman

US v. Will, 449 US 200, 216, 101 S Ct, 471 66 Led2nd 392, 406 (1980) Cohens v Virginia, 19 US (6 Wheat) 264, 404, 5Led 257 (1821)- "when a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason."

Any omission of any possible issue, matter, right, defense, process and/or procedure, or any other term of art describing, demonstrating and/or utilized to mean the same, is explicitly reserved.

Any omission is not a waiver thereof.

A copy, facsimile and digital scan are lawfully declared to be, and has the same force, affect and effect as, the Original.

Mr. and Mrs. Sanchez are not a guarantor, acceptor, accommodating party, debtor, surety or any other term of art describing, demonstrating and/or utilized to mean the same, to and/or for anything Creation-Wide, by the explicit notice.

We reserve the right to amend, enhance and/or delete from this document and writing at any time and any place the need arises, by explicit reservation.

We reserve the right to define all words and letter combinations contained herein; and further, reserve the right to interpret and construct the intent thereof, will full finality, by explicit reservation.

We, Mr. and Mrs. Sanchez, do hereby knowingly, willingly, intelligently and intentionally declare and affirm that the foregoing is true, accurate and complete, the truth, whole truth and nothing but the truth, to the best of my knowledge and ability, so help me Creator.

We, Mr. and Mrs. Sanchez, under full liability and complete transparency, do hereby knowingly, willingly, intelligently and intentionally Affirm, Declare, Proclaim and Publish that this set of documents and tangible mediums are hereby absolutely and duly affirmed, authorized, declared, stated, made, issued, certified, confirmed, ratified, verified, executed, noticed, re-affirmed, re-authorized, re-declared, re-stated, re-issued, re-certified, re-confirmed, re-ratified, re-verified and re-noticed, absolutely and duly perfected, protected and secured in their entirety for all of Creation to rely upon, without limitation, in perpetuity, without recourse, without prejudice, under the penalties of false witness, to the best of my knowledge and ability, governed by, and under, the Laws of the Creator, under the Laws of Creation.

Hereunto I have set my Hand and knowingly, willingly, intelligently and intentionally caused my autograph to become affixed hereto.

Executed in Creation, by, under and pursuant to the Laws of the Creator and the Laws of Creation.

On the 27 day of September, in the Year of my Lord Jesus Christ two thousand nineteen.

NON-TRANFERABLE

Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest, Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without recourse.

_M. Ducet-308_ *(signature)*

Heir of the Creator, Real-man Living Soul, Secured Party, Holder-in-Due-Course, Real-Party-in-Interest, Grantor, Bailor, Administrator, Creditor, Custodian, Beneficiary; All rights, privileges, freedoms and immunities are hereby claimed, reserved and exercised, without limitation, without prejudice, without recourse.

_UCC1-308_ *(signature)*