**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATTHEW SANCHEZ and TIANNA SANCHEZ,

                Plaintiff,                17 **CIVIL** 6597 (CS)

      -v-                                          **JUDGMENT**

COUNTY OF DUTCHESS, BENJAMIN DOTY,
GLEN BROWN, and CANDACE LYNCH,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2024, Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 25, 2024

                                                    **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                            **BY:**
                                          _____
                                                 **Deputy Clerk**